# UNITED STATES DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD WILLIAM MYERS, individually and on behalf of all others similarly situated** )<br>)<br>)<br>) | |
| *Plaintiff* ) | |
| ) | Civil Action No. 2:22-cv-05150-ODW-JC |
| v. ) | |
| ) | |
| **RED ROCK SECURED, LLC, a Nevada corporation** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Mariah Gutierrez, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Red Rock Secured, LLC in Sacramento County, CA on August 2, 2022 at 3:51 pm at 1401 21st Street, Suite 370, Sacramento, CA 95811 by leaving the following documents with Kristie Briggs who as Intake Specialist at Registered Agents Of California is authorized by appointment or by law to receive service of process for Red Rock Secured, LLC.

Summons in a Civil Action
Class Action Complaint and Demand for Jury Trial
Civil Cover Sheet
Notice of Assignment to United States Judges
Notice to Parties of Court-Directed ADR Program
Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
Demand for Document Preservation Letter

Additional Description:
I served the documents to Kristie Briggs, Intake Specialist for Registered Agent Registered Agents of California.

White Female, est. age 30, glasses: N, Blonde hair, 100 lbs to 120 lbs, 5' to 5' 3".
Geolocation of Serve: http://maps.google.com/maps?q=38.5716788313,-121.4807121289
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in _____,
Sacramento
___CA_____ on __8/9/2022___.

Mariah Gutierrez - (916) 477-4299
Registration No.: 2022-002
Registration County: Sacramento County

# Exhibit 1



Exhibit 1a)