Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Classes*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM MYERS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>RED ROCK SECURED, LLC, a Nevada corporation,<br><br>*Defendant.* | Case No. 2:22-cv-05150-ODW-JC<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF CLERK'S DEFAULT** |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Richard William Myers hereby files this Application for Clerk's Entry of Default against Red Rock Secured, LLC ("Defendant") in the above-styled action. Mr. Myers respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." See Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk <u>must</u> enter the party's default." See Fed. R. Civ. P. 55(a) (emphasis added).

Here, the Plaintiff filed his Complaint on July 26, 2022. *See* ECF No. 1. Plaintiff served Defendant with process on August 2, 2022. *See* ECF No. 10. Accordingly, Defendant's responsive pleading was due on or by August 23, 2022.

Defendant has not filed a responsive pleading or sought an extension of time with the Court. Accordingly, Plaintiff requests that the Clerk enter the Defendant's default pursuant to Fed. R. Civ. P. 55(a).  *See* Declaration of Rachel Kaufman attached hereto as Exhibit 1.  Accordingly, the Plaintiff requests that the Clerk enter the Defendant's default pursuant to Fed. R. Civ. P. 55(a).

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against Defendant pursuant to Fed. R. Civ. P. 55(a).

DATED August 25, 2022        Respectfully Submitted,

By: /s/ *Rachel E. Kaufman*
Rachel Elizabeth Kaufman
Kaufman P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
(305) 469-5881
Email: Rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2022, I filed and served the foregoing via ecf.

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman