NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Joseph P. Costa, Esq. (SBN: 130131)
Darius Anthony Vosylius, Esq. (SBN: 175030)
COSTALAW
17383 Sunset Boulevard, Suite A-430
Pacific Palisades, CA 90272

ATTORNEY(S) FOR: Defendant Red Rock Secured, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM MYERS, individually and on behalf of all others similarly situated<br>Plaintiff(s),<br>v.<br>RED ROCK SECURED, LLC<br>Defendant(s) | CASE NUMBER:<br>2:22-cv-05150-ODS (JCx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for         Defendant Red Rock Secured, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| RED ROCK SECURED, LLC | Defendant ("Red Rock") |
| HENDRICK CAPITAL LLC | Non-managing member of Red Rock |
| Sean Kelly | Managing Member of Red Rock |
| Ryan Slusser | Non-managing member of Red Rock |

January 18, 2023
Date

/s/ Joseph P. Costa
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Red Rock Secured, LLC

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. On January 19, 2023, I served the foregoing documents described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action by First Class Mail and E-Mail:

Rachel E. Kaufman, Esq.
Avi Kaufman, Esq.
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, Florida 33133

Email: Rachel@kaufmanpa.com; kaufman@kaufmanpa.com

[X]  (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.
[ ]  Electronically notifying the following parties via the CM/ECF system
[X]  By E-Mail to address(es) listed above
[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 19, 2023, at Pacific Palisades, California.

By: _____
Nicole Angrisani

---

Certification and Notice of Interested Parties