O

# United States District Court
# Central District of California

| | |
|---|---|
| RICHARD WILLIAM MYERS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RED ROCK SECURED, LLC,<br><br>　　　　　　Defendant. | Case № 2:22-cv-05150-ODW (JCx)<br><br>**ORDER GRANTING DEFENDANT RED ROCK SECURED, LLC'S UNOPPOSED MOTION TO SET ASIDE ENTRY OF DEFAULT [22]** |

On January 19, 2023, Defendant Red Rock Secured, LLC moved to set aside entry of default pursuant to Federal Rule of Civil Procedure 55(c). (Mot. Set Aside Entry Default ("Mot."), ECF No. 22.) Defendant Red Rock noticed the Motion for a hearing on February 27, 2023, and thus any opposition was due no later than February 6, 2023. *See* C.D. Cal. L.R. 7-9. In its Motion, Defendant Red Rock indicates that Plaintiff Richard William Myers does not oppose the Motion. (Mot. 4–5.) In addition, to date, the Court has received no opposition to Defendant Red Rock's Motion. The failure to file a timely opposition may be deemed consent to the granting of a motion. C.D. Cal. L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

After carefully considering the papers filed in connection with the Motion, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. Plaintiff Myers does not oppose Defendant Red Rock's Motion, and the Court finds that Defendant Red Rock has shown good cause to set aside the entry of default pursuant to Rule 55(c). Accordingly, the Court hereby **GRANTS** Defendant Red Rock's unopposed Motion to Set Aside Entry of Default. (ECF No. 22.)

The Court **ORDERS** Defendant Red Rock to file an answer or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure by **February 27, 2023**.

**IT IS SO ORDERED.**

February 13, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**