JS-6

# United States District Court
# Central District of California

RICHARD WILLIAM MYERS,

Plaintiff,

v.

RED ROCK SECURED, LLC,

Defendants.

*Case №* 2:22-cv-05150-ODW (JCx)

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby **DISMISSES WITH PREJUDICE** the Plaintiff's individual claims **AND WITHOUT PREJUDICE** as to any other member of the putative class's right to bring claims. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 18, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**